■ THERESA P. HAGGERTY et al., Appellants, v FEDERATED DEPARTMENT STORES, INC., Respondent.—In an action to recover compensatory and exemplary damages, *inter alia,* for gross negligence and false imprisonment, the plaintiffs appeal from an order of the Supreme Court, Kings County, dated June 28, 1978 which, *inter alia,* denied their motion for summary judgment. Order affirmed, with $50 costs and disbursements. The gravamen of plaintiffs' complaint is false imprisonment and accordingly questions as to the legality of their detention are governed by section 218 of the General Business Law. Whether there were "reasonable grounds" for the detention, whether they were detained "in a reasonable manner" and whether the detention was "for not more than a reasonable time" are questions of fact to be determined upon a jury trial. Martuscello, J. P., Latham, Damiani and Titone, JJ., concur.

■ ANTE KURTIN, Respondent, v CATING ROPE WORKS, INC., et al., Appellants. (And a Third-Party Action.)—In an action to recover damages for personal injuries, defendants appeal from an order of the Supreme Court, Kings County, entered March 1, 1978, which granted the plaintiff's oral application to amend the *ad damnum* clause from $500,000 to $2,500,-000. Order reversed, without costs or disbursements, and motion denied, without prejudice to renew upon proper papers. The plaintiff made an oral application to amend the *ad damnum* clause of the complaint at a precalendar conference. Special Term granted the application over the defendants' objection. This court is not prepared to adopt the view of Special Term that an application for the type of relief demanded may be considered on an oral application and without prior notice to the defendant. However, it appears that the application may have merit and the trial of the action is not imminent. Under the circumstances, the motion is denied without prejudice to its renewal at Special Term upon proper papers. Cohalan, J. P., Margett, Hawkins and O'Connor, JJ., concur.